# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA PEPE, | No. 4:20-CV-02087 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UPMC WILLIAMSPORT and UPMC SUSQUEHANNA, | |
| Defendants. | |

## ORDER

**AND NOW**, this 27th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 6) is **DENIED**.

2. Defendants' answer to the complaint is due no later than June 10, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge